**Exhibit 1**

**Copyright Registration**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-491-828

**Effective Date of Registration:**
December 09, 2025
**Registration Decision Date:**
March 27, 2026

---

## Title

| | |
|---|---|
| **Title of Work:** | Monchi |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | November 02, 2021 |
| **Nation of 1st Publication:** | Singapore |

## Author

| | |
|---|---|
| • **Author:** | MONCHI LABS LIMITED LIABILITY PARTNERSHIP |
| **Author Created:** | sculpture |
| **Work made for hire:** | Yes |
| **Citizen of:** | Singapore |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | MONCHI LABS LIMITED LIABILITY PARTNERSHIP |
| | 59 choa chua kang loop, choa chua kang, 689686, Singapore |

## Certification

| | |
|---|---|
| **Name:** | Daniel Lachman |
| **Date:** | December 09, 2025 |

---

**Copyright Office notes:** Regarding basis for registration: Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.